**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**MANCHESTER FARMING
PARTNERSHIP, Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Lone Pine Land, Inc., Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Priest Butte Farm, Inc., Defendant–
Appellant.**

**Nos. 01–30414, 01–30415, 01–20416.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 5, 2002.

Filed Jan. 10, 2003.

Amended April 17, 2003.

Kenneth R. Olson, Great Falls, MT, for defendant-appellant Manchester Farming Partnership.

Floyd D. Corder, Corder & Allen, Great Falls, MT, for defendant-appellant Lone Pine Land, Inc.

Daniel Donovan, Thompson, Potts & Donovan, P.C., Great Falls, MT, for defendant-appellant Priest Butte Farm, Inc.

William W. Mercer, United States Attorney, District of Montana, for the plaintiff-appellee.

Carl E. Rostad, Assistant U.S. Attorney, District of Montana, for the plaintiff-appellee.

Leif M. Johnson, Assistant U.S. Attorney, District of Montana, for the plaintiff-appellee.

John A. Drennan, Department of Justice, Washington, DC, for the plaintiff-appellee.

Before TROTT, T.G. NELSON, and THOMAS, Circuit Judges.

## ORDER

T.G. NELSON, Circuit Judge:

The Opinion filed January 10, 2003, slip op. 231, and appearing at 315 F.3d 1176, is amended as follows:

1.  At slip op. 240, line 4, delete "with 'deliberate indifference'" and replace with "without due care".

With this amendment, the panel has voted unanimously to deny the petition for panel rehearing and the petition for rehearing.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.